# EXHIBIT B

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| VARIOUS PLAINTIFFS : | CONSOLIDATED UNDER MDL 875 |
| v. : | |
| VARIOUS DEFENDANTS : | FILED APR 15 2010 MICHAEL E. KUNZ, Clerk By_____ Dep. Clerk |

## O R D E R

**AND NOW**, this **30th** day of **March, 2010**, it is hereby **ORDERED** that all claims against all the viable defendants in the cases listed in Exhibit "A", attached, are **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(a)(2).

It is further **ORDERED** that the cases will be transferred to the "Bankruptcy Only" docket[1].

**AND IT IS SO ORDERED.**

_____
EDUARDO C. ROBRENO, J.

---

[1] The bankruptcy-only docket contains all claims against all defendants in bankruptcy proceedings.

Exhibit A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT PENNSYLVANIA
PENDING CASES FILED IN MDL-875

| Case Number | Plaintiff | Filed Date | Flag |
|---|---|---|---|
| 2:09-cv-62383-ER | BEVERLY ADAIR | 2/9/2009 | AZ |
| 2:09-cv-62383-ER | ROBERT ADAIR | 2/9/2009 | AZ |
| 2:09-cv-62560-ER | GILBERT ALARCON | 2/9/2009 | AZ |
| 2:09-cv-62560-ER | GRACE ALARCON | 2/9/2009 | AZ |
| 2:09-cv-62556-ER | YNACIA ALVARADO | 2/9/2009 | AZ |
| 2:09-cv-62568-ER | CRUZ ARAIZA | 2/9/2009 | AZ |
| 2:09-cv-62568-ER | DELMIRA ARAIZA | 2/9/2009 | AZ |
| 2:09-cv-62572-ER | LUPE ARANDA | 2/9/2009 | AZ |
| 2:09-cv-62572-ER | MARY ARANDA | 2/9/2009 | AZ |
| 2:09-cv-62475-ER | LUCIANO ARRIAGA | 2/9/2009 | AZ |
| 2:09-cv-62475-ER | LYDIA ARRIAGA | 2/9/2009 | AZ |
| 2:09-cv-62575-ER | JOHN BACA | 2/9/2009 | AZ |
| 2:09-cv-62575-ER | MARY BACA | 2/9/2009 | AZ |
| 2:09-cv-62370-ER | DAVELEEN BAKER | 2/9/2009 | AZ |
| 2:09-cv-62496-ER | HILDA BAKER | 2/9/2009 | AZ |
| 2:09-cv-62496-ER | JAMES BAKER | 2/9/2009 | AZ |
| 2:09-cv-62308-ER | SIXTO BARELA | 2/9/2009 | AZ |
| 2:09-cv-62522-ER | CHRISTA BARNES | 2/9/2009 | AZ |
| 2:09-cv-62522-ER | CLENDON BARNES | 2/9/2009 | AZ |
| 2:09-cv-62309-ER | KEITH BAYLOR | 2/9/2009 | AZ |
| 2:09-cv-62307-ER | DOROTHY BEAM | 2/9/2009 | AZ |
| 2:09-cv-62307-ER | HENRY BEAM | 2/9/2009 | AZ |
| 2:09-cv-62366-ER | CONNIE BEGAY | 2/9/2009 | AZ |
| 2:09-cv-62310-ER | ALICE BENEDICT | 2/9/2009 | AZ |
| 2:09-cv-62310-ER | MELVIN BENEDICT | 2/9/2009 | AZ |
| 2:09-cv-62403-ER | NOEL BENOIST | 2/9/2009 | AZ |
| 2:09-cv-62306-ER | DORIS BENSHOOF | 2/9/2009 | AZ |
| 2:09-cv-62306-ER | JAMES BENSHOOF | 2/9/2009 | AZ |
| 2:09-cv-62311-ER | FRANK BERDEN | 2/9/2009 | AZ |
| 2:09-cv-62311-ER | SHIRLEY BERDEN | 2/9/2009 | AZ |
| 2:09-cv-63813-ER | LYNN BOWEN | 3/10/2009 | AZ |
| 2:09-cv-62381-ER | GLORIA BREWSTER | 2/9/2009 | AZ |
| 2:09-cv-62381-ER | RICHARD BREWSTER | 2/9/2009 | AZ |
| 2:09-cv-62367-ER | FRANCISCO BROWN | 2/9/2009 | AZ |
| 2:09-cv-62367-ER | IRENE BROWN | 2/9/2009 | AZ |
| 2:09-cv-62316-ER | ROY BROWN | 2/9/2009 | AZ |
| 2:09-cv-62408-ER | REX BURN | 2/9/2009 | AZ |
| 2:09-cv-92252-ER | REX BURN | 11/12/2009 | AZ |
| 2:09-cv-62408-ER | ZONA BURN | 2/9/2009 | AZ |
| 2:09-cv-92252-ER | ZONA BURN | 11/12/2009 | AZ |
| 2:09-cv-62378-ER | JOE CANEZ | 2/9/2009 | AZ |
| 2:09-cv-62378-ER | LUPE CANEZ | 2/9/2009 | AZ |
| 2:09-cv-62390-ER | ROBERT CARAVELLO | 2/9/2009 | AZ |
| 2:09-cv-62319-ER | FRED CHAMBERS | 2/9/2009 | AZ |
| 2:09-cv-62320-ER | JACK CHAMBERS | 2/9/2009 | AZ |
| 2:09-cv-62320-ER | SHIRLEY CHAMBERS | 2/9/2009 | AZ |

| | | | |
|---|---|---|---|
| 2:09-cv-62319-ER | THELMA CHAMBERS | 2/9/2009 | AZ |
| 2:09-cv-92251-ER | MARY CHASE | 11/12/2009 | AZ |
| 2:09-cv-92251-ER | ROBERT CHASE | 11/12/2009 | AZ |
| 2:09-cv-62382-ER | ROBERT CZECH | 2/9/2009 | AZ |
| 2:09-cv-62382-ER | SANDRA CZECH | 2/9/2009 | AZ |
| 2:09-cv-62356-ER | DORIS DASCHER | 2/9/2009 | AZ |
| 2:09-cv-62541-ER | RONALD DAVIS | 2/9/2009 | AZ |
| 2:09-cv-62478-ER | VIRGINIA DELL | 2/9/2009 | AZ |
| 2:09-cv-62478-ER | WARREN DELL | 2/9/2009 | AZ |
| 2:09-cv-62330-ER | JERRY DIRODIS | 2/9/2009 | AZ |
| 2:09-cv-62387-ER | JEAN DONDERO | 2/9/2009 | AZ |
| 2:09-cv-62387-ER | ROBERT DONDERO | 2/9/2009 | AZ |
| 2:09-cv-62321-ER | GERALD DUBE | 2/9/2009 | AZ |
| 2:09-cv-62321-ER | PATSY DUBE | 2/9/2009 | AZ |
| 2:09-cv-62331-ER | BARBARA DUGGER | 2/9/2009 | AZ |
| 2:09-cv-62331-ER | RAYMOND DUGGER | 2/9/2009 | AZ |
| 2:09-cv-62497-ER | ISABEL ESPINOZA | 2/9/2009 | AZ |
| 2:09-cv-62497-ER | JESUS ESPINOZA | 2/9/2009 | AZ |
| 2:09-cv-62328-ER | PHYLLIS FAULKNER | 2/9/2009 | AZ |
| 2:09-cv-62472-ER | MARGARETTA FISCHER | 2/9/2009 | AZ |
| 2:09-cv-62476-ER | ARTHUR GALLARDO | 2/9/2009 | AZ |
| 2:09-cv-62476-ER | IRENE GALLARDO | 2/9/2009 | AZ |
| 2:09-cv-62368-ER | FRANK GARCIA | 2/9/2009 | AZ |
| 2:09-cv-62368-ER | SOCORRO GARCIA | 2/9/2009 | AZ |
| 2:09-cv-62571-ER | MARIANA GASTELUM | 2/9/2009 | AZ |
| 2:09-cv-62571-ER | TONY GASTELUM | 2/9/2009 | AZ |
| 2:09-cv-62552-ER | MONICO GONZALES | 2/9/2009 | AZ |
| 2:09-cv-62369-ER | KENNETH GOODING | 2/9/2009 | AZ |
| 2:09-cv-62369-ER | RUTH GOODING | 2/9/2009 | AZ |
| 2:09-cv-62494-ER | JOHNNY GRIEGO | 2/9/2009 | AZ |
| 2:09-cv-62500-ER | PATRICIA GUFFEY | 2/9/2009 | AZ |
| 2:09-cv-62500-ER | RONALD GUFFEY | 2/9/2009 | AZ |
| 2:09-cv-62530-ER | JANET HALL | 2/9/2009 | AZ |
| 2:09-cv-62530-ER | JOHN HALL | 2/9/2009 | AZ |
| 2:09-cv-62332-ER | EDDIE HANCOCK | 2/9/2009 | AZ |
| 2:09-cv-62332-ER | MILDRED HANCOCK | 2/9/2009 | AZ |
| 2:09-cv-62498-ER | JAMES HARRELL | 2/9/2009 | AZ |
| 2:09-cv-62498-ER | MILDRED HARRELL | 2/9/2009 | AZ |
| 2:09-cv-62388-ER | DARRELL HARRIS | 2/9/2009 | AZ |
| 2:09-cv-62326-ER | DONALD HERMANOWSKI | 2/9/2009 | AZ |
| 2:09-cv-62326-ER | ROSE HERMANOWSKI | 2/9/2009 | AZ |
| 2:09-cv-62523-ER | ANN HOEFFLIN | 2/9/2009 | AZ |
| 2:09-cv-62523-ER | ANN HOEFFLIN | 2/9/2009 | AZ |
| 2:09-cv-62377-ER | CAROL HOPPER | 2/9/2009 | AZ |
| 2:09-cv-62377-ER | WALTER HOPPER | 2/9/2009 | AZ |
| 2:09-cv-62384-ER | AUBREY HOWARD | 2/9/2009 | AZ |
| 2:09-cv-62384-ER | PHYLLIS HOWARD | 2/9/2009 | AZ |
| 2:09-cv-62401-ER | MARY IRVIN | 2/9/2009 | AZ |
| 2:09-cv-62361-ER | ANN JACOBS | 2/9/2009 | AZ |
| 2:09-cv-62361-ER | JOHN JACOBS | 2/9/2009 | AZ |
| 2:09-cv-62315-ER | ANDREW JEKEL | 2/9/2009 | AZ |
| 2:09-cv-62315-ER | ETTA JEKEL | 2/9/2009 | AZ |

| | | | |
|---|---|---|---|
| 2:09-cv-62495-ER | JESUS JIMENEZ | 2/9/2009 | AZ |
| 2:09-cv-62495-ER | SYLVIA JIMENEZ | 2/9/2009 | AZ |
| 2:09-cv-62474-ER | DOUGLAS JOHANNESSEN | 2/9/2009 | AZ |
| 2:09-cv-62333-ER | LESTER JOHNS | 2/9/2009 | AZ |
| 2:09-cv-62333-ER | MARY JOHNS | 2/9/2009 | AZ |
| 2:09-cv-62406-ER | ALICE JOSE | 2/9/2009 | AZ |
| 2:09-cv-62406-ER | JOSEPH JOSE | 2/9/2009 | AZ |
| 2:09-cv-63706-ER | EDWARD JUDIE | 3/9/2009 | AZ |
| 2:09-cv-62350-ER | AVA KARBER | 2/9/2009 | AZ |
| 2:09-cv-62350-ER | MERLE KARBER | 2/9/2009 | AZ |
| 2:09-cv-92239-ER | JOHN KELLY | 11/12/2009 | AZ |
| 2:09-cv-92239-ER | JOYCE KELLY | 11/12/2009 | AZ |
| 2:09-cv-62540-ER | VIVIAN KENNEDY | 2/9/2009 | AZ |
| 2:09-cv-62334-ER | NANCY KINCADE | 2/9/2009 | AZ |
| 2:09-cv-62334-ER | WILLIAM KINCADE | 2/9/2009 | AZ |
| 2:09-cv-62375-ER | WILLARD KISSINGER | 2/9/2009 | AZ |
| 2:09-cv-62322-ER | EVELYN KNELLER | 2/9/2009 | AZ |
| 2:09-cv-62400-ER | LORETTA KORY | 2/9/2009 | AZ |
| 2:09-cv-62400-ER | PETER KORY | 2/9/2009 | AZ |
| 2:09-cv-62398-ER | ROBERT KRUSE | 2/9/2009 | AZ |
| 2:09-cv-62483-ER | GLORIA KURTZEMAN | 2/9/2009 | AZ |
| 2:09-cv-62477-ER | DAVID LEGG | 2/9/2009 | AZ |
| 2:09-cv-62477-ER | NANCY LEGG | 2/9/2009 | AZ |
| 2:09-cv-62562-ER | JOHNNY LINARES | 2/9/2009 | AZ |
| 2:09-cv-62562-ER | RAMONA LINARES | 2/9/2009 | AZ |
| 2:09-cv-62532-ER | JEAN LINDSEY | 2/9/2009 | AZ |
| 2:09-cv-62532-ER | STEVEN LINDSEY | 2/9/2009 | AZ |
| 2:09-cv-62337-ER | PAULINE LONGO | 2/9/2009 | AZ |
| 2:09-cv-62337-ER | WILLIAM LONGO | 2/9/2009 | AZ |
| 2:09-cv-62389-ER | CONNIE LOPEZ | 2/9/2009 | AZ |
| 2:09-cv-62539-ER | EDWARD LOPEZ | 2/9/2009 | AZ |
| 2:09-cv-62389-ER | JOHN LOPEZ | 2/9/2009 | AZ |
| 2:09-cv-62539-ER | LUPE LOPEZ | 2/9/2009 | AZ |
| 2:09-cv-62372-ER | ELEANOR MALUEG | 2/9/2009 | AZ |
| 2:09-cv-62372-ER | RICHARD MALUEG | 2/9/2009 | AZ |
| 2:09-cv-62554-ER | GEORGE MCCLELLAND | 2/9/2009 | AZ |
| 2:09-cv-62554-ER | MARY MCCLELLAND | 2/9/2009 | AZ |
| 2:09-cv-62407-ER | JEAN MEADOWS | 2/9/2009 | AZ |
| 2:09-cv-62407-ER | WILLIE MEADOWS | 2/9/2009 | AZ |
| 2:09-cv-62339-ER | ELSIE MELGAARD | 2/9/2009 | AZ |
| 2:09-cv-62339-ER | LEONARD MELGAARD | 2/9/2009 | AZ |
| 2:09-cv-62340-ER | THELMA MERCIER | 2/9/2009 | AZ |
| 2:09-cv-62371-ER | MARYBETH MERKEL | 2/9/2009 | AZ |
| 2:09-cv-62404-ER | ANNA MIHM | 2/9/2009 | AZ |
| 2:09-cv-62338-ER | WILLIAM MILLER | 2/9/2009 | AZ |
| 2:09-cv-62323-ER | DWAIN MOORE | 2/9/2009 | AZ |
| 2:09-cv-62341-ER | CARMEN MUNOZ | 2/9/2009 | AZ |
| 2:09-cv-62341-ER | GILBERT MUNOZ | 2/9/2009 | AZ |
| 2:09-cv-62402-ER | HAROLD MYERS | 2/9/2009 | AZ |
| 2:09-cv-62399-ER | WALTER MYRICK | 2/9/2009 | AZ |
| 2:09-cv-62397-ER | RUSSELL NAST | 2/9/2009 | AZ |
| 2:09-cv-62397-ER | VIVIAN NAST | 2/9/2009 | AZ |

| Case Number | Name | Date | State |
|---|---|---|---|
| 2:09-cv-62342-ER | MARION NELSON | 2/9/2009 | AZ |
| 2:09-cv-62342-ER | WANDA NELSON | 2/9/2009 | AZ |
| 2:09-cv-62553-ER | EDGAR NEWMAN | 2/9/2009 | AZ |
| 2:09-cv-62553-ER | LOLA NEWMAN | 2/9/2009 | AZ |
| 2:09-cv-62535-ER | WARREN NICHOLS | 2/9/2009 | AZ |
| 2:09-cv-62535-ER | WILLAH NICHOLS | 2/9/2009 | AZ |
| 2:09-cv-62564-ER | JENNIE OBREGON | 2/9/2009 | AZ |
| 2:09-cv-62405-ER | DELORES OKARMUS | 2/9/2009 | AZ |
| 2:09-cv-62405-ER | WILLIAM OKARMUS | 2/9/2009 | AZ |
| 2:09-cv-62343-ER | MELVIN PACK | 2/9/2009 | AZ |
| 2:09-cv-62343-ER | NEOLA PACK | 2/9/2009 | AZ |
| 2:09-cv-62493-ER | FRANKIE PAIS | 2/9/2009 | AZ |
| 2:09-cv-62493-ER | ROBERT PAIS | 2/9/2009 | AZ |
| 2:09-cv-62358-ER | DONALD PETERSON | 2/9/2009 | AZ |
| 2:09-cv-62327-ER | MARIE PHIPPS | 2/9/2009 | AZ |
| 2:09-cv-62524-ER | VERA PODEZERVIENSKY | 2/9/2009 | AZ |
| 2:09-cv-62345-ER | JOHN PYEATT | 2/9/2009 | AZ |
| 2:09-cv-62345-ER | MARGARET PYEATT | 2/9/2009 | AZ |
| 2:09-cv-62346-ER | DEWELL REEVES | 2/9/2009 | AZ |
| 2:09-cv-62346-ER | SHIRLEY REEVES | 2/9/2009 | AZ |
| 2:09-cv-62317-ER | THERESA RISK | 2/9/2009 | AZ |
| 2:09-cv-62396-ER | ELSIE ROGERS | 2/9/2009 | AZ |
| 2:09-cv-62376-ER | MARY ROSSI | 2/9/2009 | AZ |
| 2:09-cv-62376-ER | ROCCO ROSSI | 2/9/2009 | AZ |
| 2:09-cv-62347-ER | DEBBRA SAVATTONE | 2/9/2009 | AZ |
| 2:09-cv-62347-ER | DAWN SAVATTONE-COSBUF | 2/9/2009 | AZ |
| 2:09-cv-62486-ER | KEITH SCHLICHTER | 2/9/2009 | AZ |
| 2:09-cv-62395-ER | GEORGE SHORT | 2/9/2009 | AZ |
| 2:09-cv-62395-ER | RUTH SHORT | 2/9/2009 | AZ |
| 2:09-cv-62481-ER | MARGARET SISK | 2/9/2009 | AZ |
| 2:09-cv-62348-ER | ALLEN SLOAN | 2/9/2009 | AZ |
| 2:09-cv-62385-ER | MARGARET SMITH | 2/9/2009 | AZ |
| 2:09-cv-62385-ER | ROBERT SMITH | 2/9/2009 | AZ |
| 2:09-cv-62349-ER | MARY SPAULDING | 2/9/2009 | AZ |
| 2:09-cv-62351-ER | CARL STARK | 2/9/2009 | AZ |
| 2:09-cv-62351-ER | GLENDOLYN STARK | 2/9/2009 | AZ |
| 2:09-cv-62352-ER | LUCILLE STEVIE | 2/9/2009 | AZ |
| 2:09-cv-62504-ER | WILLIAM STEWART | 2/9/2009 | AZ |
| 2:09-cv-62353-ER | RUBY STOLZE | 2/9/2009 | AZ |
| 2:09-cv-62354-ER | GRACE THIELE | 2/9/2009 | AZ |
| 2:09-cv-62354-ER | ROBERT THIELE | 2/9/2009 | AZ |
| 2:09-cv-62410-ER | CHRISTINA TORREJON | 2/9/2009 | AZ |
| 2:09-cv-62329-ER | HELEN TRUJILLO | 2/9/2009 | AZ |
| 2:09-cv-62329-ER | JOE TRUJILLO | 2/9/2009 | AZ |
| 2:09-cv-62473-ER | DONNA TURNER | 2/9/2009 | AZ |
| 2:09-cv-62479-ER | MERILYN VOLKMANN | 2/9/2009 | AZ |
| 2:09-cv-62479-ER | RALPH VOLKMANN | 2/9/2009 | AZ |
| 2:09-cv-62529-ER | GRACE VOORHEES | 2/9/2009 | AZ |
| 2:09-cv-62502-ER | DONALD VOSBURG | 2/9/2009 | AZ |
| 2:09-cv-62533-ER | BOB VOSE | 2/9/2009 | AZ |
| 2:09-cv-62533-ER | LOIS VOSE | 2/9/2009 | AZ |
| 2:09-cv-62355-ER | JANYCE WAGENFEHR | 2/9/2009 | AZ |

| | | | |
|---|---|---|---|
| 2:09-cv-62355-ER | WILLIAM WAGENFEHR | 2/9/2009 | AZ |
| 2:09-cv-62324-ER | JEFF WEINSTEIN | 2/9/2009 | AZ |
| 2:09-cv-62357-ER | SHERRI WHITE | 2/9/2009 | AZ |
| 2:09-cv-62487-ER | DONALD WHITT | 2/9/2009 | AZ |
| 2:09-cv-62487-ER | ELLEN WHITT | 2/9/2009 | AZ |
| 2:09-cv-62379-ER | AUBREY YARBROUGH | 2/9/2009 | AZ |
| 2:09-cv-62379-ER | ORLINE YARBROUGH | 2/9/2009 | AZ |