IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Aguirre; Norma J. Garcia,<br><br>　　　　Plaintiffs,<br><br>vs.<br><br>Amchem Products Inc.; Certainteed Corp.;<br>DB Riley Inc.; Foster Wheeler Corp.;<br>General Electric Co.; Georgia Pacific<br>Corp.; Goulds Pumps Inc.; Honeywell<br>International Inc.; Ingersoll-Rand Co.;<br>Owens-Illinois Inc.; Union Carbide Corp.,<br><br>　　　　Defendants. | CV 11-01907-PHX-FJM<br><br>**ORDER** |

The court has before it plaintiffs' motion to amend/correct order (doc. 106) and motion to expedite ruling on motion to amend order (doc. 108). Additionally, we have plaintiffs' and defendants Honeywell International, Amchem Products, Inc., Certainteed Corp., Union Carbide Corp., General Electric Co., Owens-Illinois Inc., and D.B. Riley Inc.'s stipulation to amend order of dismissal (doc. 107).

In their original complaint, plaintiffs, children of Johnny Griego, alleged that asbestos products manufactured by defendants caused Griego's death. On March 7, 2012, we granted defendants' motion to dismiss. However, we dismissed the complaint without prejudice and, pursuant to stipulation, permitted plaintiffs to conduct limited discovery into Griego's cause of death. We ordered that the action would be dismissed with prejudice if plaintiffs did not

1  file a motion to amend the complaint by May 25, 2012 (doc. 103).

2  Plaintiffs have decided not to pursue their claims. However, Mary Robles (Griego's
3  spouse and plaintiffs' stepmother) may be interested in pursuing her own claim. Accordingly,
4  plaintiffs ask us to amend our order to change the date of dismissal to June 29, 2012, to
5  provide time for Mary Robles to secure counsel and decide whether she wishes to prosecute
6  her claim.

7  The request is reasonable. However, because there is currently no operative pleading
8  in this action, Mary Robles will be required to file a motion to amend the complaint rather
9  than simply to show cause. Amendment of our prior order is not necessary because today's
10 order will supercede the prior dismissal deadline. Our granting of plaintiffs' request will not
11 prejudice the defendants that have not stipulated to this extension, as defendants will have
12 the opportunity to challenge a motion to amend, if one is filed, on the merits.

13 Accordingly, **IT IS ORDERED GRANTING** plaintiffs' motion to expedite ruling
14 on motion to amend order (doc. 108). **IT IS ORDERED GRANTING** plaintiffs' motion to
15 amend/correct order (doc. 106). **IT IS ORDERED GRANTING** the stipulation to amend
16 order of dismissal (doc. 107).

17 This action shall be dismissed with prejudice as to plaintiffs Linda Aguirre and Norma
18 J. Garcia on June 29, 2012. These plaintiffs and defendants will each bear their own
19 attorneys' fees and costs.

20 Mary Robles shall have up to and including June 29, 2012 to file a motion to amend
21 the complaint that complies with LRCiv 15.1. If a motion to amend is not timely filed, this
22 action shall be dismissed with prejudice. Plaintiffs shall serve a copy of this order on Mary
23 Robles.

24 DATED this 22nd day of May, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge

- 2 -