IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Aguirre; Norma J. Garcia, | CV 11-01907-PHX-FJM |
| Plaintiffs, | **ORDER** |
| vs. | |
| Amchem Products Inc.; Certainteed Corp.; DB Riley Inc.; Foster Wheeler Corp.; General Electric Co.; Georgia Pacific Corp.; Goulds Pumps Inc.; Honeywell International Inc.; Ingersoll-Rand Co.; Owens-Illinois Inc.; Union Carbide Corp., | |
| Defendants. | |

Our order signed on May 22, 2012 indicated that this action would be dismissed with prejudice unless Mary Robles, the plaintiffs' stepmother, filed a motion to amend the complaint by June 29, 2012 (doc. 109). No motion to amend was filed, and the time for doing so has expired.

Accordingly, **IT IS ORDERED** dismissing this action with prejudice, all parties to bear their own attorneys' fees and costs.

DATED this 3rd day of July, 2012.

*Frederick J. Martone*
Frederick J. Martone
United States District Judge