# UNITED STATES DISTRICT COURT
# DISTRICT OF ARIZONA

| | |
|---|---|
| Linda Aguirre; Norma J. Garcia,  ) | **JUDGMENT OF DISMISSAL** |
| ) | **IN A CIVIL CASE** |
| Plaintiff, ) | |
| ) | CV 11-1907-PHX-FJM |
| v. ) | |
| ) | |
| A.P. Green Industries Incorporated et al.,  ) | |
| ) | |
| Defendant(s). ) | |

\_\_\_   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

 X    Decision by Court.  This action came for consideration before the Court.  The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that pursuant to the Court's order dated July 3, 2012, judgment of dismissal is entered. Plaintiffs to take nothing, and complaint and action are dismissed with prejudice.

BRIAN D. KARTH
District Court Executive/Clerk

July 3, 2012

s/L.Figueroa
By: Deputy Clerk

cc: (all counsel)